Same case below, 395 Ill. App. 3d 1116, 369 Ill. Dec. 493, 986 N.E.2d 806.

**No. 10-10432. Gary Pryce, Petitioner v. Dale Artus, Superintendent, Clinton Correctional Facility.**

565 U.S. 836, 132 S. Ct. 142, 181 L. Ed. 2d 61, 2011 U.S. LEXIS 5447.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

**No. 10-10433. Daniel E. Rucker, Petitioner v. San Bernardino County, California, et al.**

565 U.S. 836, 132 S. Ct. 142, 181 L. Ed. 2d 61, 2011 U.S. LEXIS 6342.

October 3, 2011. Petition for writ of certiorari to the Court of Appeal of California, Fourth Appellate District, Division Two, denied.

**No. 10-10436. Anthony Dawain Shaw, Petitioner v. Harold W. Clarke, Director, Virginia Department of Corrections.**

565 U.S. 837, 132 S. Ct. 142, 181 L. Ed. 2d 61, 2011 U.S. LEXIS 6166.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 405 Fed. Appx. 771.

**No. 10-10437. Hazhar A. Sayed, Petitioner v. Darryl R. Profitt.**

565 U.S. 837, 132 S. Ct. 142, 181 L. Ed. 2d 61, 2011 U.S. LEXIS 6109.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 415 Fed. Appx. 946.

**No. 10-10448. Daniel Rashead Johnson, Petitioner v. Pennsylvania.**

565 U.S. 837, 132 S. Ct. 143, 181 L. Ed. 2d 61, 2011 U.S. LEXIS 6114.

October 3, 2011. Petition for writ of certiorari to the Superior Court of Pennsylvania, Harrisburg Office, denied.

Same case below, 6 A.3d 571.

**No. 10-10451. Jacky Wilson, Petitioner v. Don Jarriel, Warden.**

565 U.S. 837, 132 S. Ct. 143, 181 L. Ed. 2d 61, 2011 U.S. LEXIS 6436.

October 3, 2011. Petition for writ of certiorari to the Supreme Court of Georgia denied.

**No. 10-10452. Mark E. Wallace, Petitioner v. Kenneth S. Tucker, Secretary, Florida Department of Corrections.**

565 U.S. 837, 132 S. Ct. 143, 181 L. Ed. 2d 61, 2011 U.S. LEXIS 5948.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.